**FILED**

_____ 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
    v.                          )   2:10-CR-125-PMP (LRL)
                                )
JENNIFER NOEL SAMPIERI,         )
                                )
            Defendant.          )

**FINAL ORDER OF FORFEITURE**

On April 16, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant JENNIFER NOEL SAMPIERI to criminal offense, forfeiting specific property alleged in the Criminal Information and shown by the United States to have a requisite nexus to the offense to which defendant JENNIFER NOEL SAMPIERI pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 28, 2010 through May 27, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

> an *in personam* criminal forfeiture money judgment of $863,479.87 in United States Currency, including:
>
> > a) 1939 Buick Sedan, VIN# 9441903318 - registered in NV with NV tag 873ULL;
> >
> > b) Pinball Machine - listed as "vintage pinball machine" and "vintage Evel Knievel pinball machine" in Craig's List ads, purchased at Antiquities, Forum Shops; and
> >
> > c) Darth Vader Collector's helmet, purchased at Antiquities, Forum Shops.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this ___6th___ day of ___July___, 2010.

_____
UNITED STATES DISTRICT JUDGE