**JOHN J. MOMOT, ESQ.**
Nevada Bar No. 1700
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
Attorney for Defendant
JENNIFER NOEL SAMPIERI



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JENNIFER NOEL SAMPIERI, ) <br> ) <br> Defendant. ) | 2:10-CR-00125-PMP-LRL |

### REQUEST TO BE RELIEVED AS COUNSEL
### AT THE CONCLUSION OF SENTENCING

COMES NOW JOHN J. MOMOT, ESQ., counsel for Defendant, JENNIFER NOEL SAMPIERI, and moves the Honorable Court to be relieved as counsel for purposes of appeal.

Sentencing in the instant case is scheduled for July 6, 2010.

DATED this ___6___ day of July, 2010.

_____
JOHN J. MOMOT, ESQ.
Nevada Bar No. 1700
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
Attorney for Defendant
JENNIFER NOEL SAMPIERI

**JOHN J. MOMOT, ESQ.**
Nevada Bar No. 1700
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
Attorney for Defendant
JENNIFER NOEL SAMPIERI

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JENNIFER NOEL SAMPIERI, ) <br> ) <br> Defendant. ) <br> ) | 2:10-CR-00125-PMP-LRL |

### ORDER TO BE RELIEVED AS COUNSEL
### AT THE CONCLUSION OF SENTENCING

UPON the REQUEST TO BE RELIEVED AS COUNSEL AT THE CONCLUSION OF SENTENCING, submitted by attorney JOHN J. MOMOT, ESQ., and for good cause shown,

**IT IS HEREBY ORDERED** that JOHN J. MOMOT, ESQ.'s REQUEST TO BE RELIEVED AS COUNSEL AT THE CONCLUSION OF SENTENCING for Defendant, JENNIFER NOEL SAMPIERI, is hereby granted.

DATED this ____ day of July, 2010.

_____
THE HONORABLE JUDGE PRO

Submitted by:

_____
JOHN J. MOMOT, ESQ.

JOHN J. MOMOT, ESQ.
Nevada Bar No. 1700
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
Attorney for Defendant
JENNIFER NOEL SAMPIERI

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:10-CR-00125-PMP-LRL |
| ) | |
| vs. ) | |
| ) | |
| JENNIFER NOEL SAMPIERI, ) | |
| ) | |
| Defendant. ) | |

## RECEIPT OF COPY

RECEIPT OF COPY of **REQUEST TO BE RELIEVED AS COUNSEL AT THE CONCLUSION OF SENTENCING** of JOHN J. MOMOT, ESQ., in the above-captioned case is hereby acknowledged this ___6___ day of July, 2010.

_____         _____
JENNIFER NOEL SAMPIERI                          ASSISTANT UNITED STATES ATTORNEY

3